UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00389-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. **RPI COATING, INC.;**
4. **PHILIPPE GOUTAGNY; and**
5. **JAMES THOMPSON,**

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A status conference is set in the above-captioned case for **Wednesday, November 30, 2011 at 11:00 a.m.** Should an earlier date become available on the Court's calendar, counsel will be notified.

    Dated: November 7, 2011