UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00389-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. **RPI COATING, INC.;**
4. **PHILIPPE GOUTAGNY; and**
5. **JAMES THOMPSON,**

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on December 1, 2011. A Change of Plea hearing and immediate sentencing hearing is set for Monday, December 19, 2011 at 1:15 p.m. **Counsel for the parties shall deliver all change of plea and sentencing documents separately to Judge Daniel's chambers AND to the Probation Department not later than 7 days before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: December 1, 2011