# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For Organizational Defendants) |
| v. | CASE NUMBER: 09-cr-00389-WYD-03 |
| RPI COATING, INC. | Larry S. Pozner, Retained<br>(Defendant Organization's Attorney) |
| | Dru R. Nielsen, Retained<br>(Defendant Organization's Attorney) |
| | Jaime A. Pena<br>(Assistant United States Attorney) |

**THE DEFENDANT ORGANIZATION:** Pleaded guilty to Counts 1 through 5 of the Indictment. Count 6 of the Indictment is dismissed upon motion of the government.

**ACCORDINGLY,** the Court has adjudicated the organizational defendant guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 29 U.S.C. § 666, and 18 U.S.C. § 2 | Violation of OSHA Regulations Resulting in Death, and Aiding and Abetting | 10/02/2007 | 1 |

The defendant organization is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization shall notify the court and United States Attorney of any material change in the organization's economic circumstances.

Defendant Organization's Federal
Employer I.D.: 953662219

December 19, 2011
Date of Imposition of Judgment

Defendant Organization's Business Address:

RPI Coating, Inc.
10114 Shoemaker Avenue
Santa Fe Springs, CA 90670
Philippe Goutagny
562-447-2566

s/ Wiley Y. Daniel
Signature of Judicial Officer

Wiley Y. Daniel, Chief U.S. District Judge
Name & Title of Judicial Officer

Defendant Organization's Mailing Address:

RPI Coating, Inc.
10114 Shoemaker Avenue
Santa Fe Springs, CA 90670

January 10, 2012
Date

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 29 U.S.C. § 666, and 18 U.S.C. § 2 | Violation of OSHA Regulations Resulting in Death, and Aiding and Abetting | 10/02/2007 | 2 |
| 29 U.S.C. § 666, and 18 U.S.C. § 2 | Violation of OSHA Regulations Resulting in Death, and Aiding and Abetting | 10/02/2007 | 3 |
| 29 U.S.C. § 666, and 18 U.S.C. § 2 | Violation of OSHA Regulations Resulting in Death, and Aiding and Abetting | 10/02/2007 | 4 |
| 29 U.S.C. § 666, and 18 U.S.C. § 2 | Violation of OSHA Regulations Resulting in Death, and Aiding and Abetting | 10/02/2007 | 5 |

## PROBATION

The defendant organization is hereby placed on probation for a term of five (5) years.

## CONDITIONS OF SUPERVISION

1. RPI Coating, Inc., shall not knowingly, intentionally, willfully, or because of willful blindness, violate any state or federal criminal law.

2. RPI Coating, Inc., shall not knowingly, intentionally, willfully, or because of willful blindness, violate Section 5(a) of the Occupational Safety and Health Act (29 U.S.C. § 654(a)), or the occupational safety and health requirements of an approved state plan (see 29 U.S.C. § 667), in any workplace wherever located.

3. RPI Coating, Inc., shall commit no violation of the Occupational Safety and Health Act, or of any requirement of an approved state plan, in any workplace wherever located, that is substantially similar to any violation of 29 C.F.R. §1910 listed in Section IV of the Plea Agreement, and which would be classified as a "high gravity serious" violation if committed in a Federal OSHA jurisdiction.

## MONETARY OBLIGATIONS

The defendant organization shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine/Penalty |
|:-:|:-:|:-:|
| 1 | $50.00 | $100,000.00 |
| 2 | $50.00 | $0.00 |
| 3 | $50.00 | $0.00 |
| 4 | $50.00 | $0.00 |
| 5 | $50.00 | $0.00 |
| **TOTALS** | $250.00 | $100,000.00 |

RPI Coating, Inc., will, immediately upon sentencing, tender one or more cashier's checks to the United States Attorney's office for the District of Colorado payable to the persons/victims/heirs, recognizing these funds are designated as personal injury damages for tax purposes, in the initial amounts stated below:

| Victim/Decedent | Heir/Beneficiary | Relationship | Amount |
|---|---|---|---|
| Gary Foster | Elizabeth Foster | Wife | $164,640.00 |
| Don DeJaynes | Carolynn DeJaynes | Wife | $260,640.00 |
| Dupree Holt | Gladys Holt | Wife | $314,640.00 |
| Anthony Aguirre | Ortencia Aguirre | Mother | $164,640.00 |
| James St. Peters | Christopher St. Peters | Son | $82,320.00 |
| | Tiffany St. Peters | Daughter | $82,320.00 |
| Kenneth Shinn | N/A | | $51,450.00 |
| Manuel Villareal | N/A | | $51,450.00 |
| Joe Vance | N/A | | $51,450.00 |
| Eric Thomas | N/A | | $51,450.00 |

Additionally, RPI Coating, Inc., will tender to the United States Attorney's office one or more cashier's checks in the sum of $275,000.00 to be transferred to civil counsel as attorneys' fees and costs associated with collateral civil litigation. THE TOTAL AMOUNT OF COMPENSATION TENDERED TO THE UNITED STATES ATTORNEY'S OFFICE FOR DISTRIBUTION IS **$1,550,000.00.**

## ADDITIONAL MONETARY OBLIGATIONS

RPI Coating, Inc., shall pay $100,000.00 in fines and penalties to USDOL–OSHA, as a settlement of administrative fines and penalties assessed against the corporation in OSHRC Docket No. 08-0656. The administrative fine shall be paid at the time of sentencing. The defendant corporation shall comply with all other provisions of the separate administrative settlement agreement in OSHRC Docket No. 08-0656.